CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JUL 18 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| SEAN ANTONIO ROBERTSON, | Criminal Action No. 7:10-cv-00054 |
| Petitioner, | |
| v. | **2255 FINAL ORDER** |
| UNITED STATES, | |
| Respondent. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that Sean Antonio Robertson's motion pursuant to § 2255 is **DENIED** and this matter shall be **STRICKEN** from the active docket of the court.

Further, finding that Brown has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is **DIRECTED** to send a certified copy of this order and the accompanying memorandum opinion to the petitioner.

**ENTER:** July 18, 2012.

/s/
UNITED STATES DISTRICT JUDGE